# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ajelina Louise Roth Lewis,<br><br>Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>Respondents. | No. CV-21-00225-TUC-JAS<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Ferraro that recommends denying and dismissing Petitioner's Petition for Writ of Habeas Corpus. A review of the record reflects that the parties have not filed objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Ferraro's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). Accordingly,

**IT IS ORDERED** as follows:

(1) Magistrate Judge Ferraro's Report and Recommendation (Doc. 14) is accepted and adopted.

(2) The Petition for Writ of Habeas Corpus (Doc. 1) is denied.

(3) The Clerk of Court is directed to terminate this action.

Dated this 31st day of March, 2023.

_____
Honorable James A. Soto
United States District Judge